# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 104 WM 2016

Respondent  :

v.  :

FRANCIS IVAN SMITH III,  :

Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of December, 2016, the Application for Extraordinary Relief is **DISMISSED**.  *See Commonwealth v. Ali*, 10 A.3d 282 (Pa. 2010) (providing that hybrid representation is not permissible).  The Prothonotary is **DIRECTED** to forward the filing to counsel of record.